**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
jeffrey.dintzer@alston.com
GARRETT B. STANTON, SBN 324775
garrett.stanton@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone:   (213) 576-1000
Facsimile:   (213) 576-1100

**PAUL HASTINGS LLP**
BENJAMIN J. HANELIN, SBN 237595
benjaminhanelin@paulhastings.com
NATALIE C. ROGERS, SBN 301254
natalierogers@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Century City, California, 90067
Telephone:   (310) 620-5879
Facsimile:   (310) 620-5899

Attorneys for Plaintiff
PACIFIC PIPELINE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# METROPOLITAN DIVISION

| | |
|---|---|
| PACIFIC PIPELINE COMPANY, a Delaware corporation,<br><br>             Plaintiffs,<br><br>        v.<br><br>STATE OF CALIFORNIA, a state government; and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No. 1:26-CV-01486-KES-CDB<br><br>(*Originally filed as Case No. BCV-25-103508*)<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT

TO THE COURT AND DEFENDANT STATE OF CALIFORNIA AND ITS ATTORNEYS OF RECORD:

Plaintiff Pacific Pipeline Company hereby requests, pursuant to Federal Rule of Civil Procedure 55(a), that the Clerk of Court enter the default of Defendant State of California for failure to plead or otherwise defend against the Complaint in this action within the time allowed. As described in the attached declaration and shown by the proof of service previously filed with this Court, the above-named Defendant was properly served before this case was removed to federal court. The applicable time limit for the Defendant to appear or otherwise respond to this action expired on February 27, 2026, and Defendant has filed no responsive pleading or motion. Thus, entry of default is proper.

Respectfully submitted,

DATED:  March 17, 2026

**ALSTON & BIRD LLP**

By: /s/ *Jeffrey D. Dintzer*
JEFFREY D. DINTZER
Attorney for Plaintiff
PACIFIC PIPELINE
COMPANY

1

REQUEST FOR ENTRY OF DEFAULT JUDGMENT