

# United States District Court
# Eastern District of California

PACIFIC PIPELINE COMPANY

Plaintiff(s)

V.

STATE OF CALIFORNIA

Defendant(s)

Case Number: 1:26-CV-01486-KES-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Vickie Rusek _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Pacific Pipeline Company _____

On _____08/14/2027_____ (date), I was admitted to practice and presently in good standing in the
_____Supreme Court, State of Georgia_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____03/16/2026_____        Signature of Applicant: /s/ _/s/ Vickie Rusek_____

**Pro Hac Vice Attorney**

Applicant's Name: Vickie Rusek

Law Firm Name: ALSTON & BIRD

Address: 1201 Peachtree Street

Suite 4900

City: Atlanta    State: GA    Zip: 30309

Phone Number w/Area Code: (404) 881-7000

City and State of Residence: Atlanta, GA

Primary E-mail Address: Vickie.Rusek@Alston.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Garrett B. Stanton

Law Firm Name: ALSTON & BIRD

Address: 350 South Grand Ave.

51st Fl.

City: Los Angeles    State: CA    Zip: 90071

Phone Number w/Area Code: (213) 576-1000    Bar # 324775

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 19, 2026

U.S. Magistrate Judge Christopher D. Baker