**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
jeffrey.dintzer@alston.com
GARRETT B. STANTON, SBN 324775
garrett.stanton@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone:　(213) 576-1000
Facsimile:　(213) 576-1100

**PAUL HASTINGS LLP**
BENJAMIN J. HANELIN, SBN 237595
benjaminhanelin@paulhastings.com
NATALIE C. ROGERS, SBN 301254
natalierogers@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Century City, California, 90067
Telephone:　(310) 620-5879
Facsimile:　(310) 620-5899

Attorneys for Plaintiff
PACIFIC PIPELINE COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## METROPOLITAN DIVISION

| | |
|---|---|
| PACIFIC PIPELINE COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, a state government; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 1:26-CV-01486-KES-CDB<br><br>(*Originally filed as Case No. BCV-25-103508*)<br><br>**DECLARATION OF JEFFREY DINTZER IN RESPONSE TO STATE OF CALIFORNIA's NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF RE DEFENDANT'S MOTION TO DISMISS** |

DECLARATION OF JEFFREY D. DINTZER

## DECLARATION OF JEFFREY D. DINTZER

I, Jeffrey D. Dintzer, hereby declare:

1.     I am an attorney licensed to practice law before all courts in the State of California, and am a partner at the law firm of Alston & Bird LLP, and a counsel of record in this case for Plaintiff Pacific Pipeline Company ("PPC"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them.

2.     I offer this declaration in response to *Defendant State of California's Notice of Motion and Motion for Administrative Relief re Defendant's Motion to Dismiss* ("Motion").

3.     On March 16, 2026, I sent Defendant State of California's ("State") counsel, Jack Nick, a correspondence detailing that in light of the State's failure to file a responsive pleading within 21 days of service of the First Amended Complaint, as required by Federal Rule of Civil Procedure 81, the State waived any affirmative defenses, and PPC would move for default judgment accordingly. A true and correct copy of my correspondence to State's counsel, Jack Nick, dated March 16, 2026 is attached hereto as **Exhibit A**.

4.     On March 17, 2026, PPC filed its Request for Entry of Default pursuant to Federal Rule of Civil Procedure 55(a), as "[t]he applicable time limit for the Defendant to appear or otherwise respond to this action expired on February 27, 2026, and Defendant has filed no responsive pleading or motion." ECF Nos. 9 and 9-1.

5.     On March 17, 2026, State's counsel, Jack Nick, sent me an email correspondence requesting if PPC would stipulate to deeming the State's Motion to Dismiss, which the Court held was never properly filed, as filed on February 27, 2026 and "scheduling a hearing on the motion, or in the alternative granting State

DECLARATION OF JEFFREY D. DINTZER

five days from the date of its administrative order to file its response to the first amended complaint."

6.      Thereafter, on March 17, 2026, I responded to State's counsel, Jack Nick, via email correspondence, explaining that PPC has already filed a request for default in light of the State's failure to file a responsive pleading. *See* ECF Nos. 9 and 9-1. I further indicated that PPC would consider agreeing to relieve the State of default, but that the State's request for administrative leave must be addressed with the Court. A true and correct copy of my email correspondence with State's counsel, Jack Nick, dated March 17, 2026 is attached hereto as **Exhibit B**.

7.      On March 18, 2026, default was entered as to the State. ECF No. 12.

8.      To date, the State has not filed a responsive pleading to PPC's First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

DECLARATION OF JEFFREY D. DINTZER

9.    I am PPC's lead trial counsel and unavailable to attend the scheduled hearing date for the State's Motion. Should the Court entertain the State's Motion and agree to accept the matter for hearing, PPC requests for hearing on the State's Motion be rescheduled to May 6, 2026, or a date thereafter when I may participate. I am unavailable on April 27, 2026, the scheduled hearing date for the State's Motion, due to a pre-paid vacation. I return from my vacation and may be available on May 6, 2026, or a date thereafter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of March, 2026, in Los Angeles, California.

Dated:  March 19, 2026

By:  _____
                    Jeffrey D. Dintzer

3

DECLARATION OF JEFFREY D. DINTZER

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I electronically filed the foregoing **DECLARATION OF JEFFREY DINTZER IN RESPONSE TO STATE OF CALIFORNIA's NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF RE DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

I certify that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, 19th day of March, 2026.

By: /s/ *Jeffrey D. Dintzer*
JEFFREY D. DINTZER
Attorney for Plaintiff
PACIFIC PIPELINE
COMPANY

4

DECLARATION OF JEFFREY D. DINTZER