# EXHIBIT A

# ALSTON & BIRD

350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
213-576-1000 | Fax: 213-576-1100

**Jeffrey D. Dintzer**          Direct Dial: **213-576-1063**          Email: **jeffrey.dintzer@alston.com**

**VIA E-MAIL**

March 16, 2026

Jack Nick
Deputy Attorney General
300 South Spring Street
Suite 1702
Los Angeles, CA 90013-1230
jack.nick@doj.ca.gov

Re:     *Pacific Pipeline Company v. State of California, Case No. 1:26-cv-01486-KES-CDB*

Dear Mr. Nick:

We write on behalf of Pacific Pipeline Company in the above-referenced matter. As ordered by the Court (ECF No. 6), the State failed to properly notice or file its purported motion to dismiss in violation of Local Rule 230. Federal Rule of Civil Procedure 12(b)(6) requires motions to dismiss to be filed within 21 days of service of the First Amended Complaint. Pacific Pipeline Company's First Amended Complaint was filed and served on the State on January 21, 2026. The State has therefore waived any defenses under Rule 12(b)(6) as untimely. Further, Federal Rule of Civil Procedure 81 (c)(2)(A) requires responsive pleadings to be filed within 21 days after service of the First Amended Complaint. The State has therefore also failed to file a timely answer and waived any affirmative defenses. We will be moving for a default judgment accordingly.

Best,

Jeffrey D. Dintzer

Alston & Bird LLP                                                                www.alston.com

Atlanta | Beijing | Brussels | Century City | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

LEGAL/51004262v1