# EXHIBIT B

| | |
|---|---|
| **From:** | Dintzer, Jeffrey |
| **To:** | Jack C Nick; Stanton, Garrett |
| **Cc:** | Niz, Kim; Brandon Walker; Isabella Panicucci; Moore, DJ; TLarge@FLASllp.com; benjaminhanelin@paulhastings.com; natalierogers@paulhastings.com; Rusek, Vickie |
| **Subject:** | RE: Pacific Pipeline Company v. State of California, Case No. 1:26-cv-01486-KES-CDB |
| **Date:** | Tuesday, March 17, 2026 4:21:03 PM |

Mr. Nick, we have already filed application for entry of default since you did not respond to our complaint or the Court's order.  If you want relief from the default, perhaps you can explain why the State has waited almost 3 weeks since your responsive pleading is due to attempt to file one?  We will consider agreeing to relieving you of the default, but you will need to work out the filing of an application to cure your untimely motion to dismiss with the Court.  Regards, Jeffrey.

Jeffrey Dintzer
ALSTON & BIRD
350 S. Grand Avenue, 51st Floor
Los Angeles, CA 90071
Office:  213-576-1063
Cell: 213-393-8664

---

**From:** Jack C Nick <Jack.Nick@doj.ca.gov>
**Sent:** Tuesday, March 17, 2026 12:18 PM
**To:** Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Stanton, Garrett <Garrett.Stanton@alston.com>
**Cc:** Niz, Kim <Kim.Niz@alston.com>; Brandon Walker <Brandon.Walker@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Subject:** RE: Pacific Pipeline Company v. State of California, Case No. 1:26-cv-01486-KES-CDB

**EXTERNAL SENDER – Proceed with caution**

---

Counsel,

As you know the court issued a minute order yesterday stating the motion to dismiss was not properly filed and is not set for hearing. The State intends to file a motion for administrative relief deeming the motion filed as of February 27, 2026 and scheduling a hearing on the motion, or in the alternative granting the State five days from the date of its administrative order to file its response to the first amended complaint.  Local Rule 233 requires us to include Plaintiff's position on the requested relief, or explain why were not able to include it in the brief. Please let us know if you stipulate or oppose the requested relief by 4 p.m. today. In the meantime, any attempt to seek the State's default would be inappropriate. See *Stewart v. Hawes*, 2015 U.S. Dist. LEXIS 16575 (Or. 2015); *Farmer v. Las Vegas Metropolitan Police Department,* 423 F.Supp.3d 1008 (Nv. 2019).

Jack Nick

---

**From:** Niz, Kim <Kim.Niz@alston.com>
**Sent:** Monday, March 16, 2026 11:17 AM
**To:** Jack C Nick <Jack.Nick@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>; Isabella Panicucci

<Isabella.Panicucci@doj.ca.gov>
**Cc:** Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Stanton, Garrett <Garrett.Stanton@alston.com>
**Subject:** Pacific Pipeline Company v. State of California, Case No. 1:26-cv-01486-KES-CDB

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

### SENT ON BEHALF OF JEFFREY D. DINTZER

Kim S. Niz | Legal Administrative Assistant
**ALSTON & BIRD**
Jeffrey D. Dintzer | Brett Oberst | Krista Hernandez
Jeff Carlin | Matthew C. Wickersham | Garrett Stanton
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Direct:  213 576 1096 | Office:  213 576 1000
Kim.Niz@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.