ROB BONTA, State Bar No. 202668
Attorney General of California
BRANDON S. WALKER, State Bar No. 254581
Supervising Deputy Attorney General
JACK C. NICK, State Bar No. 160196
ISABELLA A. PANICUCCI, State Bar No. 318984
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone:  (213) 269-6173
 Fax:  (916) 731-2144
 E-mail:  Jack.Nick@doj.ca.gov
*Attorneys for Defendant*
*State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Pipeline Company, A Delaware Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**State of California and DOES 1 through 25,**<br><br>Defendant. | 1:26-CV-01486-KES-CDB<br><br>**DECLARATION OF JACK NICK IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[Notice of Motion and Request for Judicial Notice filed concurrently under separate cover]**<br><br>Date:          June 15, 2026<br>Time:         1:30 p.m.<br>Courtroom:  6 [7th Floor]<br>Judge:        The Honorable Kirk E. Sherriff |

1

I, Jack Nick, declare:

1.      I am an attorney licensed to practice before all courts of the State of California and United States District Court for the Eastern District of California. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and am counsel for Defendant State of California.

2.      I have personal knowledge of the facts asserted in this Declaration, and if called as a witness, I could and would competently testify to these facts. This supporting declaration was previously submitted when the motion to dismiss and documents relating to the motion to dismiss were uploaded. That motion was determined to have been improperly filed and not placed on calendar per the Court's March 16, 2026 Minute Order. [ECF 6.] The State subsequently obtained administrative relief on March 27, 2026 to refile this motion on or before March 31, 2026. [ECF19.]

3.      I obtained, compiled, and reviewed the documents attached to the Request for Judicial Notice filed along with this Declaration. For each document attached to the Request for Judicial Notice, I confirmed that the exhibits are true and correct copies of the documents.

4.      Before filing this motion on February 27, 2026 I attempted to meet and confer with counsel for Plaintiff Pacific Pipeline Company, regarding potential dismissal of the complaint on the grounds set forth in the motion, but did not receive any response. On February 19, 2026 at 4:38 p.m. I sent an email to counsel of record Jeffrey Dintzer, Garrett Stanton, Benjamin Hanelin, and Natalie Rogers asking to schedule a time to meet and confer regarding the substance of an anticipated motion to dismiss and potential resolution of such motion. I also explained the basis of the anticipated motion to dismiss. I did not receive any response of any kind to this email. On February 25, 2026 at 9:48 a.m. I sent an email to counsel of record Jeffrey Dintzer, Garrett Stanton, Benjamin Hanelin, and Natalie Rogers asking to schedule a time to meet and confer regarding the substance of an anticipated motion to dismiss and potential resolution of such motion. I did not receive any response of any kind to this email.  On February 25, 2026 at approximately 12:45 p.m. I called Jeffrey Dintzer at the telephone number provided on the First Amended Complaint and was transferred by the receptionist to his voicemail. I left a message

2

introducing myself, advising that I was following up with two emails I sent and wished to meet and confer regarding the basis for a motion to dismiss and asked him to contact me to discuss the matter. I have not received a response to the voicemail.  Also on February 25, 2026, at approximately 12:55 p.m. I called Garrett Stanton at the telephone number provided on the First Amended Complaint and was transferred by the receptionist to his voicemail. I left a message introducing myself, advising that I was following up with two emails I sent and wished to meet and confer regarding the basis for a motion to dismiss and asked him to contact me to discuss the matter. I did not receive a specific response to the voicemail.  Plaintiff did previously file a response to the motion to dismiss in which it has substantively opposed the basis for the motion.

5.      Plaintiff has proposed filing a Second Amended Complaint but as of filing this motion has not obtained leave of court. Plaintiff's counsel Jeffrey Dintzer has indicated he is available for a June 15, 2026 hearing.

I declare under penalty of perjury under the laws of the State of California and United States that the foregoing is true and correct. Executed this 30th Day of March, 2026.

Dated:  March 30, 2026

JACK NICK

SA2025306665

Declaration of Jack Nick in Support of Defendant's Motion to Dismiss First Amended Complaint (1:26-CV-01486-KES-CDB)

# CERTIFICATE OF SERVICE

Case Name: **Pacific Pipeline Company, A Delaware Corporation v. State of California**

Case No. **1:26-CV-01486-KES-CDB**

I hereby certify that on <u>March 30, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF JACK NICK IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 30, 2026</u>, at Los Angeles, California.

| Kevin Carballo | /s/ Kevin Carballo |
|:---:|:---:|
| Declarant | Signature |

SA2025306665
68285373.docx