ROB BONTA, State Bar No. 202668
Attorney General of California
BRANDON S. WALKER, State Bar No. 254581
Supervising Deputy Attorney General
JACK C. NICK, State Bar No. 160196
ISABELLA A. PANICUCCI, State Bar No. 318984
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone:  (213) 269-6173
  Fax:  (916) 731-2144
  E-mail:  Jack.Nick@doj.ca.gov
*Attorneys for Defendant*
*State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Pipeline Company, A Delaware Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**State of California and DOES 1 through 25,**<br><br>Defendant. | 1:26-CV-01486-KES-CDB<br><br>**DEFENDANT STATE OF CALIFORNIA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[Notice of Motion and Declaration of Jack Nick filed concurrently under separate cover]**<br><br>Date:       June 15, 2026<br>Time:       1:30 p.m.<br>Courtroom:  6 [7th Floor]<br>Judge:      The Honorable Kirk E. Sherriff |

TO PLAINTIFF PACIFIC PIPELINE COMPANY AND ITS COUNSEL:

In support of its Motion to Dismiss, Defendant State of California requests that the Court take judicial notice of the decisions, documents, papers and records identified below. Under Federal Rules of Evidence 201, facts appropriate for judicial notice are those "not subject to reasonable dispute in that either (1) generally known within the territorial jurisdiction of the trial

1

court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b).

The Court may take judicial notice of its own records and records of other court cases. *Nat'l Pub. Radio, Inc. v. U.S. Cent. Command*, 570 F. Supp. 3d 866, 869 n.3 (S.D. Cal. 2021). Courts may also take judicial notice of matters of public record, such as records of state agencies and administrative bodies. *Minor v. FedEx Off. & Print Servs., Inc.,* 78 F. Supp. 3d 1021, 1027-28 (N.D. Cal. 2015);  *City of Sausalito v. O'Neill*, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute."); *Johnson v. Castillo*, No. 1:22-cv-00637-BAM (PC), 2023 WL 3355260, at *1 (E.D. Cal. Apr. 19, 2023). The documents which Defendant State of California seeks to admit through this Request for Judicial Notice in support of its Motion to Dismiss are attached, and may be described as follows:

A.  Plaintiff's Original Complaint filed in Kern County Superior Court, case number BCV25103508;

B.  Consent Decree in matter United States of *America v. Plains All American Pipeline L.P.*, United States District Court for the Central District of California, case number 2:20-cv-02415 (ECF 6-1);

C.  Statement of Decision re Writ Petition in *Sable v. California Coastal Commission* (Santa Barbara County Superior Court case number 25CV00974);

D.  Petition for Review filed in Ninth Circuit by *Environmental Defense Center v. U.S. Dept. Transportation, et al.*, United States Court of Appeals for the Ninth Circuit, case number 25-8059;

E.  Petition for Review filed in *State of California v. Pipeline and Hazardous Materials Safety Administration, et al.*, United States Court of Appeals for the Ninth Circuit, case number 26-508 (ECF 1.1);

F.  Motion for Reconsideration of Preliminary Injunction filed by Sable in *Sable v. California Coastal Commission*, case number 25CV00974;

G.  State Waiver for pipeline CA-324;

H.  State Waiver for pipeline CA-325;

I.  Cease and Desist letter from California Coastal Commission dated November 12, 2024;

J.  Preliminary Injunction issued in favor of plaintiffs in *Center for Biological Diversity v. California Department of Forestry and Fire Protection*, Santa Barbara Superior Court, case number 25CV02244;

2

K. Consent Decree Assumption Agreement with letter from Exxon Mobile to California Department of Forestry and Fire Protection via cover letter dated February 19, 2024;

L. Order Granting Preliminary Injunction in *Sable v. California Coastal Commission* (Santa Barbara County Superior Court case number 25CV00974);l

M. Second Supplemental Declaration of Jeffrey Dintzer dated February 26, 2026 in Support of Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company's Motion for Reconsideration of Preliminary Injunction [with attached letter to State Fire Marshall relinquishing the State Waivers], submitted in Center for Biological Diversity v. California Department of Forestry and Fire Protection, Santa Barbara County Superior Court case number 25CV02244.

Documents A, B, C, D, E, F, J, L and M described above consist of records of other court cases that may be judicially noticed. *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases."); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (quoting *St. Louis Baptist Temple, Inc. v. FDIC,* 605 F.2d 1169, 1172 (10th Cir.1979)) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.'"); *Mejia v. Farmland Mut. Ins. Co.*, No. 2:17-cv-00570-TLN-KJN, 2018 WL 3198006, at *4 (E.D. Cal. June 26, 2018). The proceedings referenced above are directly related to the matters raised by Plaintiff's complaint and the arguments in Defendant State of California's Motion to Dismiss.

Documents G, H, I, and K are also judicially noticeable as matters of public record. *United States v. S. California Edison Co.*, 300 F. Supp. 2d 964, 974 (E.D. Cal. 2004). Documents G and H are State Waivers issued by the California Office of the State Fire Marshal, a state agency. Document I is a cease-and-desist letter issued by the California Coastal Commission, a state agency. Document K is a Consent Decree Assumption Agreement and letter issued to the California Department of Forestry and Fire Protection, a state agency. The Court may take judicial notice of these documents as records of a state agency. *Bradford v. Usher*, No. 1:24-CV-00047-KES-EPG (PC), 2025 WL 105917, at *1 (E.D. Cal. Jan. 15, 2025) (citing *City of Sausalito v. O'Neill*, 386 F.3d 1186, 1223 n.2 (9th Cir. 2004)).

3

Accordingly, judicial notice is appropriate, and Defendant State of California respectfully requests that the Court grant its Request for Judicial Notice.

Dated:  March 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
BRANDON S. WALKER
Supervising Deputy Attorney General
ISABELLA A. PANICUCCI
Deputy Attorney General

JACK C. NICK
Deputy Attorney General
*Attorneys for Defendant*
*State of California*

SA2025306665

4

# CERTIFICATE OF SERVICE

Case Name: **Pacific Pipeline Company, A Delaware Corporation v. State of California**

Case No. **1:26-CV-01486-KES-CDB**

I hereby certify that on <u>March 30, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT STATE OF CALIFORNIA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 30, 2026</u>, at Los Angeles, California.

| Kevin Carballo | /s/ Kevin Carballo |
|:---:|:---:|
| Declarant | Signature |

SA2025306665
68285373.docx