# EXHIBIT A

STATE OF CALIFORNIA - NATURAL RESOURCES AGENCY                                    GAVIN NEWSOM, *GOVERNOR*

# CALIFORNIA COASTAL COMMISSION

NORTH CENTRAL COAST DISTRICT OFFICE
455 MARKET STREET, SUITE 300
SAN FRANCISCO, CA 94105
VOICE (415) 904-5260
FAX (415) 904-5400

February 18, 2026

Email: srusch@sableoffshore.com
Steve Rusch
Sable Offshore Corporation
12000 Calle Real
Goleta, CA 93117

**Re:    Restart of Las Flores Pipelines**

Dear Mr. Rusch:

California Coastal Commission (Commission) staff are writing to provide Sable Offshore Corp. (Sable) with a courtesy reminder regarding the Commission's independent authority over any resumption of use of the Las Flores Pipelines (CA 324 and CA 325), such as through the reintroduction of oil into those lines, and the recent amendment to California's Public Resources Code.

On September 13, 2025, the California Legislature passed Senate Bill (SB) 237, which was then approved by Governor Gavin Newsom and filed with the Secretary of State on September 19, 2025.[1] SB 237 became effective on January 1, 2026. Pursuant to SB 237, Section 30262 of the Coastal Act[2] was amended (in part) to add subsections (b)(2)-(4), which state that:

> *(b) … (2) Repair, reactivation, and maintenance of an oil and gas facility, including an oil pipeline, that has been idled, inactive, or out of service for five years or more shall be considered a new or expanded development requiring a new coastal development permit consistent with this section.*
>
> *(3) Development associated with the repair, reactivation, or maintenance of an oil pipeline that has been idled, inactive, or out of service for five years or more requires a new coastal development permit consistent with this section.*
>
> *(4) The commission or local government with a certified local coastal program shall review and approve, modify, condition, or deny the permit based on the requirements of this section. …*

---

[1] https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=202520260SB237

[2] The Coastal Act is codified in the California Public Resources Code, Sections 30000 to 30900. Unless otherwise indicated, references to section numbers in this letter are to that code, and thus, to the Coastal Act.

SB 237 also amended subsection (a)(5)(C)(iii) to clarify that reactivation of these types of dormant facilities constitutes expanded oil extraction, so that the standard articulated in Section 30262(a) would govern such development.

In 2015, a corroded portion of the Las Flores Pipelines CA-324 and CA-325 (pipelines) ruptured, releasing more than 123,000 gallons of oil. As a result of the oil spill, all oil production at the Santa Ynez Unit (SYU) was halted in 2015, and the pipelines have remained idle, inactive, and out of service since that time. Since the pipelines have been in that state for a period of more than five years, pursuant to the amended text of Section 30262, the repair, reactivation, or maintenance of those pipelines, as well as any other development associated with the repair, reactivation, or maintenance of the pipelines, is the sort of development that would require a coastal development permit (CDP) that would need to be consistent with the standards in that section.

Thus, Commission staff wanted to ensure that you were aware that in order for Sable to reactivate the pipelines, it will not only need to satisfy all other agency requirements and obtain any other authorization required by other laws, but also, at a minimum, apply for and receive a CDP from the Commission that meets the standards of Section 30262.

For additional information, you may contact Liam Stowe at (415) 729-1646, Liam.Stowe@coastal.ca.gov, or at our Headquarters Enforcement Office at:

Attn: Liam Stowe
455 Market Street, Suite 300
San Francisco, CA 94105

Sincerely,

Kate Hucklebridge
Executive Director
California Coastal Commission

Cc:
Matthew Dumlao, Executive Officer, California State Lands Commission
Jennifer Lucchesi, Director, California Department of Conservation
Armando Quintero, Director, California State Parks
Joe Tyler, Director, CalFire

2