# EXHIBIT D

Docusign Envelope ID: 249085FD-1771-4383-8354-0670B77879FC

STATE OF CALIFORNIA – NATURAL RESOURCES AGENCY                                           Gavin Newsom, Governor



**DEPARTMENT OF FORESTRY AND FIRE PROTECTION**
P.O. Box 944246
SACRAMENTO, CA 94244-2460
(916) 653-7772
Website: www.fire.ca.gov



Duncan Joseph Moore
Paul Hastings LLP
1999 Avenue of the Stars, 27th floor
Los Angeles, CA 90067

March 16, 2026

RE: Sable - Relinquishment of State Waivers Lines 324 & 325A/B

Dear Mr. Moore,

The Office of the State Fire Marshal (OSFM) received your letter dated February 26, 2026, in which your client, Sable Offshore Corp. and Pacific Pipeline Company (Sable), notified OSFM that Sable "relinquishes, surrenders and abandons the State Waivers" granted by the OSFM and associated with the above captioned pipelines.

The OSFM disagrees with your contention that Sable has complied with the terms of the State Waivers. I notified Sable of OSFM's concerns about Sable's compliance in my October 22, 2025, letter to Sable's Vice President, Lance Yearwood. Specifically, repairs to Lines 324 and 325 that include wall loss depth, plus tool tolerances, were to be completed prior to restart. They were not. Similarly, OSFM disputes your contention that the Pipeline and Hazardous Materials Safety Administration is the current safety and regulatory authority over Lines 324 and 325. Importantly, the terms of the Consent Decree—including the requirement for a State Waiver to be in effect if and when operations re-commence—are still binding on all parties, including Sable and PHMSA.

Nonetheless, Sable is free to "relinquish[], surrender[] and abandon" the State Waivers associated with Lines 324 and 325. Should Sable desire to operate Lines 324 and 325, State Waivers will be required and OSFM will review Sable's application for new State Waivers at that time.

Any re-commencement of operations prior to OSFM's determination that Sable has complied with all terms of State Waivers is prohibited by both the Consent Decree and the July 2025 Preliminary Injunction issued by Santa Barbara Superior Court. OSFM reserves all rights to enforcement action if operations on Lines 324 and/or 325 re-commence without a valid State Waiver.

Sincerely,

DANIEL BERLANT
State Fire Marshal

*"The Department of Forestry and Fire Protection serves and safeguards the people and protects the property and resources of California."*