# EXHIBIT E

STATE OF CALIFORNIA - NATURAL RESOURCES AGENCY                                    GAVIN NEWSOM, *Governor*

# CALIFORNIA COASTAL COMMISSION

455 MARKET STREET, SUITE 300
SAN FRANCISCO, CA 94105
VOICE (415) 904-5260
FAX (415) 904-5400

March 19, 2026


Email: srusch@sableoffshore.com
Steve Rusch
Sable Offshore Corporation
12000 Calle Real
Goleta, CA 93117

**Re:**   **Announcement of Pipeline Reactivation and Implications**

Dear Mr. Rusch:

California Coastal Commission ("Commission") staff are aware of the announcement by Sable Offshore Corp. ("Sable") that the Las Flores Pipelines (CA 324 and CA 325) ("Pipelines") have been returned to active use transporting oil processed at the Las Flores facility. This announcement came in the form of a press release from Sable stating that "on March 14, 2026, the Company resumed the transportation of hydrocarbons (oil) produced at the Santa Ynez Unit . . . . from Las Flores Canyon ("LFC") to Pentland Station . . . ." Commission staff are writing to remind you that returning the Pipelines to active service transporting oil without Coastal Act authorization constitutes a violation of the Coastal Act,[1] and if such development has indeed taken place, the Commission will need to decide what enforcement actions to take.

First, as noted in the Commission's February 18, 2026, letter to Sable, Section 30262(b)(2) of the Coastal Act states that:

> *Repair, reactivation, and maintenance of an oil and gas facility, including an oil pipeline, that has been idled, inactive, or out of service for five years or more shall be considered a new or expanded development requiring a new coastal development permit consistent with this section.*

As of January 1, 2026, the Pipelines had been idled, inactive, and out of service for more than five years, since oil production was halted at the Santa Ynez Unit in 2015. Sable has not obtained a new Coastal Development Permit for reactivation of the Pipelines. Thus, any reactivation of the Pipelines is unpermitted development and would be grounds for further enforcement action by the Commission.

Second, an injunction presently prohibits Sable's legal authority to reactivate the Pipelines, and the reported reactivation of the pipelines is in violation of that judicial

---

[1] The Coastal Act is codified in the California Public Resources Code, Sections 30000 to 30900. All references to section numbers in this letter are to that code, and thus, to the Coastal Act.

order. As you know, in *Center for Biological Diversity, et al., v. California Dept. of Forestry and Fire Protection, et al.* (Santa Barbara County Superior Court Case No. 25CV02244), the Court issued a preliminary injunction preventing restart of the Pipelines until—among other requirements—"10 court days following Sable's filing and service of notice that Sable has received all necessary approvals and permits for restarting." As such, any reactivation of the pipelines at issue would violate this court order as well.

Furthermore, as you also know, in *Sable Offshore Corp., et al., v. California Coastal Commission* (Santa Barbara County Superior Court Case No. 25CV00974), the Court issued a preliminary injunction requiring Sable to adhere to the provisions of the Commission's Cease-and-Desist Order (No. CCC-25-CD-01), which prohibits Sable from engaging in any further development in the Coastal Zone unless it is authorized by a new Coastal Act authorization or acknowledged as exempt, pending resolution of the litigation.

We are aware that U.S. Secretary of Energy Chris Wright issued an order on March 13, 2025, entitled "Pipeline Capacity Prioritization and Allocation Order."  However, even if that order is not entirely invalidated, we do not believe it could or would absolve Sable of its legal obligation to comply with the above-referenced requirements.

Therefore, please respond by **5 p.m. on Friday, March 20, 2026,** updating Commission staff on recent developments that have occurred at the Pipelines, including but not limited to reactivation of the pipeline, and your plans going forward.

For additional information, you may contact Liam Stowe at (415) 729-1646, Liam.Stowe@coastal.ca.gov, or at our Headquarters Enforcement Office at:

Attn: Liam Stowe
455 Market Street, Suite 300
San Francisco, CA 94105


Sincerely,

DocuSigned by:

*kate Hucklebridge*

0D697AECAB0D4F4...

Kate Hucklebridge
Executive Director
California Coastal Commission

Cc:
Matthew Dumlao, Executive Officer, California State Lands Commission
Jennifer Lucchesi, Director, California Department of Conservation
Armando Quintero, Director, California State Parks
Joe Tyler, Director, CalFire