# EXHIBIT G

**Rusek, Vickie**

| | |
|---|---|
| **From:** | Jack C Nick <Jack.Nick@doj.ca.gov> |
| **Sent:** | Friday, April 3, 2026 4:50 PM |
| **To:** | Stanton, Garrett; Dintzer, Jeffrey |
| **Cc:** | Rusek, Vickie; Isabella Panicucci; Brandon Walker |
| **Subject:** | RE: Pacific Pipeline Company v. State of California - Motion to Set Aside Default |

**EXTERNAL SENDER – Proceed with caution**

Counsel,

Thank you for following up. The State may be willing to stipulate to allow your client to file a second amended complaint to include some of the claims as against certain defendants, but further discussion is necessary. If you would like to schedule a call please let me know your availability.

Jack Nick

**From:** Stanton, Garrett <Garrett.Stanton@alston.com>
**Sent:** Friday, April 3, 2026 10:49 AM
**To:** Jack C Nick <Jack.Nick@doj.ca.gov>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>
**Cc:** Rusek, Vickie <Vickie.Rusek@alston.com>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
**Subject:** RE: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

We are following up with our request to stipulate to our filing of the second amended complaint, which you said you would provide a response to by the end of this week.  We can also prepare the stipulation to relieve the State from default and include a provision to take your motion to dismiss off calendar in lieu of the amended pleading.  Please let us know.

Thanks,

Garrett B. Stanton
Senior Associate
**ALSTON & BIRD**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
garrett.stanton@alston.com | t: 213.576.1151

**From:** Jack C Nick <Jack.Nick@doj.ca.gov>
**Sent:** Wednesday, April 1, 2026 5:35 AM
**To:** Stanton, Garrett <Garrett.Stanton@alston.com>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>

**Cc:** Rusek, Vickie <Vickie.Rusek@alston.com>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
**Subject:** RE: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

**EXTERNAL SENDER – Proceed with caution**

Counsel,

Thank you for your email. The State is considering the proposed stipulation and will have a response by the end of the week.

Jack Nick

**From:** Stanton, Garrett <Garrett.Stanton@alston.com>
**Sent:** Monday, March 30, 2026 3:13 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>
**Cc:** Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>; Rusek, Vickie <Vickie.Rusek@alston.com>
**Subject:** RE: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

We are following up regarding the second amended complaint.  Will you please let us know if you will stipulate?

Thanks,

Garrett B. Stanton
Senior Associate
**ALSTON & BIRD**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
garrett.stanton@alston.com | t: 213.576.1151

**From:** Stanton, Garrett
**Sent:** Thursday, March 26, 2026 4:13 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>
**Cc:** Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>; Rusek, Vickie <Vickie.Rusek@alston.com>
**Subject:** RE: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

Counsel,

While we are aware that you have filed your motion to set aside default, attached please find the proposed second amended complaint for your consideration. Please let us know by tomorrow, close of business, if you will stipulate to the filing of this second amended complaint. As discussed on our call last week, motions for leave to amend are

2

liberally granted, and there is no prejudice to the State in filing an amended pleading at this time as it would actually benefit the State by relieving it from default without the need to hear the motion to set aside default. Moreover, such a stipulation would not waive the State's right to file a responsive pleading to the second amended complaint.

Thanks,

Garrett B. Stanton
Senior Associate
**ALSTON & BIRD**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
garrett.stanton@alston.com | t: 213.576.1151

---

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Wednesday, March 25, 2026 3:23 PM
**To:** Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Stanton, Garrett <Garrett.Stanton@alston.com>
**Cc:** Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>
**Subject:** RE: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

**EXTERNAL SENDER – Proceed with caution**

---

Counsel:

We have not yet received a draft of your proposed Second Amended Complaint, which you stated on Friday would be available for our review early this week. In light of the upcoming hearing this Friday, March 27 on the State's motion for administrative relief, we feel that our client's interests require us to proceed with filing our motion to set aside default today. As you did not raise any substantive issues with the motion to set aside default itself when we spoke last Friday, there are no issues regarding the motion to resolve prior to filing. We are still willing to discuss and consider a stipulation to allow Pacific Pipeline Company to amend its complaint, pending review of a draft of the proposed amended complaint.

Related to our discussion regarding availability for hearing dates, we are going to notice the motion to set aside default for hearing on May 6, 2026 before Judge Baker. It is our understanding that this will not conflict with Mr. Dintzer's pre-planned vacation.

Thank you,

Isabella Panicucci
Deputy Attorney General
Land Use and Conservation Section
Public Rights Division
California Attorney General's Office
1300 I Street | P.O. Box 944255
Sacramento, CA 94244-2550

-----Original Message-----
From: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>

Sent: Thursday, March 19, 2026 7:48 PM
To: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Stanton, Garrett
<Garrett.Stanton@alston.com>
Cc: Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>
Subject: Re: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open
attachments that appear suspicious.


Right


_____

From: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
Sent: Thursday, March 19, 2026 6:24:38 PM
To: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Stanton, Garrett <Garrett.Stanton@alston.com>
Cc: Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>
Subject: RE: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

EXTERNAL SENDER - Proceed with caution

_____


Thank you. Just to confirm, you are agreeing that you will not take steps to seek default judgment prior to
our meet and confer tomorrow? If so, I will circulate a Teams link for 2 p.m.

Isabella

-----Original Message-----
From: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>
Sent: Thursday, March 19, 2026 5:18 PM
To: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Stanton, Garrett
<Garrett.Stanton@alston.com>
Cc: Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>
Subject: Re: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open
attachments that appear suspicious.


We won't unless we can't come to agreement tomorrow. So we will wait. Jeffrey.


_____
From: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
Sent: Thursday, March 19, 2026 4:55:56 PM
To: Stanton, Garrett <Garrett.Stanton@alston.com>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>
Cc: Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>
Subject: RE: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

4

EXTERNAL SENDER - Proceed with caution

_____


Garrett,

If we agree to meet with you at 2 p.m. tomorrow, will you agree not to file a motion for default judgment or take other steps to obtain a default judgment against the State prior to when we speak at 2:00 p.m.?

Thank you,
Isabella

-----Original Message-----
From: Stanton, Garrett <Garrett.Stanton@alston.com>
Sent: Thursday, March 19, 2026 2:41 PM
To: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>
Cc: Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>
Subject: Re: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.


Isabella,

We are unavailable to meet and confer today. To satisfy the meet and confer requirement for your proposed motion, can we please schedule the meet and confer for tomorrow, March 20th at 2 pm?

Thanks, Garrett


_____

From: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
Sent: Thursday, March 19, 2026 10:06:07 AM
To: Stanton, Garrett <Garrett.Stanton@alston.com>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>
Cc: Brandon Walker <Brandon.Walker@doj.ca.gov>; Jack C Nick <Jack.Nick@doj.ca.gov>
Subject: Pacific Pipeline Company v. State of California - Motion to Set Aside Default

EXTERNAL SENDER - Proceed with caution

_____


Counsel:

Per the Court's standing order, we are reaching out to meet and confer regarding the State's motion to set aside default, which we intend to file shortly. We believe setting aside default is appropriate on the grounds that the State did not engage in culpable conduct, Plaintiff will not be prejudiced if default is set aside, and the State has meritorious defenses to Plaintiff's claims. Since the case began, the State has diligently defended itself in the lawsuit and setting aside default is consistent with judicial policy disfavoring default judgment.

Please let us know your position on the State's motion to set aside default as soon as possible today, March 19, 2026.

Thank you,

Isabella Panicucci

Deputy Attorney General

Land Use and Conservation Section

Public Rights Division

California Attorney General's Office

1300 I Street | P.O. Box 944255

Sacramento, CA 94244-2550

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.