**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
jeffrey.dintzer@alston.com
GARRETT B. STANTON, SBN 324775
garrett.stanton@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone:   (213) 576-1000
Facsimile:   (213) 576-1100

**PAUL HASTINGS LLP**
BENJAMIN J. HANELIN, SBN 237595
benjaminhanelin@paulhastings.com
NATALIE C. ROGERS, SBN 301254
natalierogers@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Century City, California, 90067
Telephone:   (310) 620-5879
Facsimile:   (310) 620-5899

Attorneys for Plaintiff
PACIFIC PIPELINE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# METROPOLITAN DIVISION

| | |
|---|---|
| PACIFIC PIPELINE COMPANY, a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>STATE OF CALIFORNIA, a state government; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. 1:26-CV-01486-KES-CDB<br><br>(*Originally filed as Case No. BCV-25-103508*)<br><br>**PLAINITFF PACIFIC PIPELINE COMPANY'S STATEMENT OF NON-OPPOSITION TO DEFENDANT STATE OF CALIFORNIA'S MOTION TO SET ASIDE DEFAULT**<br><br>[*Filed concurrently with Declaration of Jeffrey D. Dintzer*]<br><br>Date:      May 6, 2026<br>Time:      10:30 p.m.<br>Judge:     Hon. Christopher D. Baker |

PLAINTIFF'S STATEMENT OF NON-OPPOSITION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Pacific Pipeline Company ("Plaintiff") submits this statement of non-opposition to the Motion to Set Aside Default ("Motion") filed by Defendant State of California (the "State").

On March 18, 2026, the State filed a Motion for Administrative Relief, requesting that the Court deem the State's Motion to Dismiss filed as of February 27, 2026, or, in the alternative, extend the time for the State to file its response to Plaintiff's First Amended Complaint to five days after the Court rules on the Motion for Administrative Relief. ECF Dkt. No. 11.  On March 19, 2026, Plaintiff filed a response to the State's Motion for Administrative Relief. ECF Dkt. No. 14. On March 27, 2026, the Court held a hearing on the State's Motion for Administrative Relief, during which, Plaintiff's counsel represented to the State's counsel and the Court that Plaintiff would not oppose relieving the State from default. *See* ECF Dkt. No. 15; Declaration of Jeffrey D. Dintzer ("Dintzer Decl.") ¶ 5.

Based on the proceedings on March 27, 2026, Plaintiff and its undersigned counsel believed that Plaintiff's counsel's representations at the March 27, 2026 hearing sufficiently addressed Plaintiff's non-opposition to the State's request to set aside default. *See id.* at ¶ 6. Nevertheless, Plaintiff and its undersigned counsel apologize to the Court for not further noting Plaintiff's formal position through the timely filing of a statement of non-opposition to the State's Motion. *Id.* at ¶ 7. Additionally, since the March 27, 2026 hearing, Plaintiff and the State have been engaged in communications concerning stipulations to set aside default against the State, to continue Plaintiff's Motion for Leave to File Second Amended Complaint (*see* ECF Dkt. Nos. 22-24), and to continue the scheduling conference. Dintzer Decl. ¶¶ 8-10, **Exhibit A**. Plaintiff and the State have reached an agreement to stipulate setting aside the default against the State, but at the time of this filing, the stipulation to set aside default has not yet been filed. *Id.* at ¶¶ 9-10, **Exhibit A**.

1

PLAINTIFF'S STATEMENT OF NON-OPPOSITION

Plaintiff does not oppose the requested relief in the Motion.

Respectfully submitted,

Dated:  April 23, 2026          JEFFREY D. DINZTER
                                GARRETT B. STANTON
                                **ALSTON & BIRD LLP**


                                By: /s/ *Jeffrey D. Dintzer*
                                JEFFREY D. DINTZER

                                Attorney for Plaintiff
                                PACIFIC PIPELINE COMPANY

2

PLAINTIFF'S STATEMENT OF NON-OPPOSITION

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing **PLAINTIFF PACIFIC PIPELINE COMPANY'S STATEMENT OF NON-OPPOSITION TO DEFENDANT STATE OF CALIFORNIA'S MOTION TO SET ASIDE DEFAULT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

I certify that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, 23rd day of April, 2026.


By: /s/ *Jeffrey D. Dintzer*
JEFFREY D. DINTZER

Attorney for Plaintiff
PACIFIC PIPELINE
COMPANY

3

PLAINTIFF'S STATEMENT OF NON-OPPOSITION