**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
jeffrey.dintzer@alston.com
GARRETT B. STANTON, SBN 324775
garrett.stanton@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone:   (213) 576-1000
Facsimile:   (213) 576-1100

**PAUL HASTINGS LLP**
BENJAMIN J. HANELIN, SBN 237595
benjaminhanelin@paulhastings.com
NATALIE C. ROGERS, SBN 301254
natalierogers@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Century City, California, 90067
Telephone:   (310) 620-5879
Facsimile:   (310) 620-5899

Attorneys for Plaintiff
PACIFIC PIPELINE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## METROPOLITAN DIVISION

| | |
|---|---|
| PACIFIC PIPELINE COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, a state government; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 1:26-CV-01486-KES-CDB<br><br>(*Originally filed as Case No. BCV-25-103508*)<br><br>**DECLARATION OF JEFFREY D. DINTZER IN SUPPORT OF PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT STATE OF CALIFORNIA'S MOTION TO SET ASIDE DEFAULT**<br><br>[*Filed concurrently with Plaintiff's Statement of Non-Opposition*]<br><br>Date:　　May 6, 2026<br>Time:　　10:30 p.m.<br>Judge:　　Hon. Christopher D. Baker |

DECLARATION OF JEFFREY D. DINTZER

## __DECLARATION OF JEFFREY D. DINTZER__

I, Jeffrey D. Dintzer, state and declare as follows:

1.     I am an attorney licensed to practice law before all courts in the State of California, and am a partner at the law firm of Alston & Bird LLP, and a counsel of record in this case for Plaintiff Pacific Pipeline Company ("PPC"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to them.

2.     I am familiar with the case files for this matter, which are kept and maintained at my shared direction in a secure electronic file management system at the offices of Alston & Bird LLP, which is maintained by various attorneys, legal assistants, and other employees at the firm.

3.     In preparing this declaration, others at my direction retrieved the true and correct copies of the documents described below and prepared them for inclusion in my declaration.

4.     I offer this declaration in support of Plaintiff Pacific Pipeline Company's Statement of Non-Opposition to Defendant State of California's Motion to Set Aside Default ("Motion").

5.     On March 27, 2026, the Court held a hearing on the State's Motion for Administrative Relief. During the hearing, I represented to the Court and Defendant State of California's ("State") counsel that Plaintiff would not oppose the State's request to set aside default.

6.     Based on the proceedings on March 27, 2026, I believed that my representations at the March 27, 2026 hearing sufficiently addressed Plaintiff's non-opposition to the State's request to set aside default.

7.     I apologize to the Court for not further noting Plaintiff's formal position to agree to set aside default as to the State through the timely filing of a statement of non-opposition to the State's Motion in compliance with Local Rule 230.

1

DECLARATION OF JEFFREY D. DINTZER

8.    Since the March 27, 2026 hearing, my office and the State's counsel have been engaged in communications concerning stipulations to set aside default against the State, to continue Plaintiff's Motion for Leave to File Second Amended Complaint, and to continue the scheduling conference.

9.    Resulting from the parties' ongoing communications, Plaintiff and the State have reached an agreement to set aside default against the State.

10.    Although the parties have agreed in principle to set aside default against the State, the proposed stipulation to set aside default against the State has not yet been filed. A true and correct copy of my office's ongoing communications with the State's counsel, reflecting an agreement to stipulate setting aside default against the State, is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the United States of America that the foregoing is true and correct. Executed this 23rd day of April, 2026, in Los Angeles, California.

DATE: April 23, 2026                    /s/ *Jeffrey D. Dintzer*
                                                  Jeffrey D. Dintzer

2

DECLARATION OF JEFFREY D. DINTZER

# EXHIBIT A

| | |
|---|---|
| **From:** | Jack C Nick |
| **To:** | Stanton, Garrett; Dintzer, Jeffrey; Rusek, Vickie |
| **Cc:** | Isabella Panicucci; Brandon Walker |
| **Subject:** | RE: Pacific Pipeline v. State of California |
| **Date:** | Thursday, April 23, 2026 3:51:44 PM |

**EXTERNAL SENDER – Proceed with caution**

Ok I will get back to you with either a combined stip or another stip regarding continuance of the scheduling conference.

**From:** Stanton, Garrett <Garrett.Stanton@alston.com>
**Sent:** Thursday, April 23, 2026 3:37 PM
**To:** Jack C Nick <Jack.Nick@doj.ca.gov>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Rusek, Vickie <Vickie.Rusek@alston.com>
**Cc:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
**Subject:** RE: Pacific Pipeline v. State of California

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yes – we are agreeable to setting aside the default as to the State and moving the hearing date on our motion for leave.

Thanks,

Garrett B. Stanton
Senior Associate
**ALSTON & BIRD**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
garrett.stanton@alston.com | t: 213.576.1151

**From:** Jack C Nick <Jack.Nick@doj.ca.gov>
**Sent:** Thursday, April 23, 2026 3:35 PM
**To:** Stanton, Garrett <Garrett.Stanton@alston.com>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Rusek, Vickie <Vickie.Rusek@alston.com>
**Cc:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
**Subject:** RE: Pacific Pipeline v. State of California

**EXTERNAL SENDER – Proceed with caution**

Ok, any word on the other stipulations?

---

**From:** Stanton, Garrett <Garrett.Stanton@alston.com>
**Sent:** Thursday, April 23, 2026 2:36 PM
**To:** Jack C Nick <Jack.Nick@doj.ca.gov>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Rusek, Vickie <Vickie.Rusek@alston.com>
**Cc:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
**Subject:** RE: Pacific Pipeline v. State of California

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Jack,

After checking with my side, any days during the weeks of July 20 or July 27 works for us.

Thanks,

Garrett B. Stanton
Senior Associate
**ALSTON & BIRD**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
garrett.stanton@alston.com | t: 213.576.1151

---

**From:** Jack C Nick <Jack.Nick@doj.ca.gov>
**Sent:** Wednesday, April 22, 2026 5:24 PM
**To:** Stanton, Garrett <Garrett.Stanton@alston.com>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Rusek, Vickie <Vickie.Rusek@alston.com>
**Cc:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
**Subject:** RE: Pacific Pipeline v. State of California

**EXTERNAL SENDER – Proceed with caution**

---

Ok we can try for July, please let me know which July dates work for your side.

Jack

**From:** Stanton, Garrett <Garrett.Stanton@alston.com>
**Sent:** Wednesday, April 22, 2026 4:20 PM
**To:** Jack C Nick <Jack.Nick@doj.ca.gov>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Rusek, Vickie <Vickie.Rusek@alston.com>
**Cc:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
**Subject:** RE: Pacific Pipeline v. State of California

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Jack,

We still think that setting the scheduling conference out to some time in July makes more sense to avoid a further request for continuance and because the Court will be seeing us, regardless, on May 28th.  But if the State is not agreeable to such a date, we would like to include some language in the stipulation detailing that we likely will be asking to continue the conference upon the Court's grant of leave for Pacific Pipeline Company to amend.

Thanks,

Garrett B. Stanton
Senior Associate
**ALSTON & BIRD**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
garrett.stanton@alston.com | t: 213.576.1151

**From:** Jack C Nick <Jack.Nick@doj.ca.gov>
**Sent:** Wednesday, April 22, 2026 3:47 PM
**To:** Stanton, Garrett <Garrett.Stanton@alston.com>; Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Rusek, Vickie <Vickie.Rusek@alston.com>
**Cc:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
**Subject:** RE: Pacific Pipeline v. State of California

**EXTERNAL SENDER – Proceed with caution**

Garrett,

I agree it may make sense to continue the conference to account for future law and motion

matters but I suspect the Court may want to keep a tighter schedule, so perhaps we request a continuance to June 30 now and if there is a future need to move it again we can ask at that time.

I do not know yet who will represent the agencies if they are brought into the case.

Jack Nick

-----Original Message-----
From: Stanton, Garrett <Garrett.Stanton@alston.com>
Sent: Wednesday, April 22, 2026 1:17 PM
To: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Jack C Nick <Jack.Nick@doj.ca.gov>;
Rusek, Vickie <Vickie.Rusek@alston.com>
Cc: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker
<Brandon.Walker@doj.ca.gov>
Subject: Re: Pacific Pipeline v. State of California

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Jack,

Another consideration for the stipulation regarding continuing the scheduling conference is ensuring that the scheduling conference occurs with all parties' counsel present so that everyone is on the same page and can have a say in the order. Do you anticipate representing the Coastal Commission and CalFire? Additionally, it may be prudent to push the conference out further in anticipation of any motion to dismiss those parties may bring. Please let us know.

Thanks,

Garrett

_____

From: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>
Sent: Wednesday, April 22, 2026 12:43:57 PM
To: Jack C Nick <Jack.Nick@doj.ca.gov>; Stanton, Garrett <Garrett.Stanton@alston.com>;
Rusek, Vickie <Vickie.Rusek@alston.com>
Cc: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker
<Brandon.Walker@doj.ca.gov>

Subject: RE: Pacific Pipeline v. State of California

I will be in Alaska on June 30, but if we can do the appearances remotely that date will work for me. Jeffrey.

From: Jack C Nick <Jack.Nick@doj.ca.gov>
Sent: Wednesday, April 22, 2026 9:50 AM
To: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com>; Stanton, Garrett <Garrett.Stanton@alston.com>; Rusek, Vickie <Vickie.Rusek@alston.com>
Cc: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; Brandon Walker <Brandon.Walker@doj.ca.gov>
Subject: RE: Pacific Pipeline v. State of California

EXTERNAL SENDER - Proceed with caution

_____

Ok thanks Jeffrey.

It would seem to make more sense to continue the scheduling conference for after the June 15 motion. Would June 30 work on your end?

Jack

From: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com<mailto:Jeffrey.Dintzer@alston.com>>
Sent: Wednesday, April 22, 2026 8:38 AM

To: Jack C Nick <Jack.Nick@doj.ca.gov<mailto:Jack.Nick@doj.ca.gov>>; Stanton, Garrett <Garrett.Stanton@alston.com<mailto:Garrett.Stanton@alston.com>>; Rusek, Vickie <Vickie.Rusek@alston.com<mailto:Vickie.Rusek@alston.com>>
Cc: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov<mailto:Isabella.Panicucci@doj.ca.gov>>; Brandon Walker <Brandon.Walker@doj.ca.gov<mailto:Brandon.Walker@doj.ca.gov>>
Subject: RE: Pacific Pipeline v. State of California

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yea, we just need client approval on the stipulations. I will ping them again, but we see no problem. I will be in Chicago on May 19 so I think we should probably ask the Court to move the status conference to the 28th, if that works for you all. Perhaps we can add that to the stipulation moving the hearing date?? Let us know. I will get back to you on the stipulations later today. Jeffrey.

From: Jack C Nick <Jack.Nick@doj.ca.gov<mailto:Jack.Nick@doj.ca.gov>>
Sent: Wednesday, April 22, 2026 7:40 AM
To: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com<mailto:Jeffrey.Dintzer@alston.com>>; Stanton, Garrett <Garrett.Stanton@alston.com<mailto:Garrett.Stanton@alston.com>>; Rusek, Vickie <Vickie.Rusek@alston.com<mailto:Vickie.Rusek@alston.com>>
Cc: Isabella Panicucci <Isabella.Panicucci@doj.ca.gov<mailto:Isabella.Panicucci@doj.ca.gov>>; Brandon Walker <Brandon.Walker@doj.ca.gov<mailto:Brandon.Walker@doj.ca.gov>>
Subject: RE: Pacific Pipeline v. State of California

EXTERNAL SENDER - Proceed with caution

_____

Jeffrey,

I am following up on the proposed stipulations. Please let me know if they are acceptable at your earliest convenience.

Also, as you know a scheduling conference is on calendar for May 19, 2026. Have you given any thought to requesting a continuance of the hearing due to the pending law and motion matters?

Jack Nick

From: Jack C Nick
Sent: Friday, April 17, 2026 3:11 PM
To: 'Dintzer, Jeffrey' <Jeffrey.Dintzer@alston.com<mailto:Jeffrey.Dintzer@alston.com>>;
Stanton, Garrett <Garrett.Stanton@alston.com<mailto:Garrett.Stanton@alston.com>>;
Rusek, Vickie <Vickie.Rusek@alston.com<mailto:Vickie.Rusek@alston.com>>
Cc: Isabella Panicucci
<Isabella.Panicucci@doj.ca.gov<mailto:Isabella.Panicucci@doj.ca.gov>>; Brandon Walker
<Brandon.Walker@doj.ca.gov<mailto:Brandon.Walker@doj.ca.gov>>
Subject: RE: Pacific Pipeline v. State of California

Jeffrey,

Attached please find a Stipulation to Set Aside Default and a Stipulation to Continue Hearing on Plaintiff's Motion for Leave to File Second Amended Complaint, with proposed orders. Please sign and return if acceptable, or authorize us to electronically sign on your behalf.

Jack Nick

From: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com<mailto:Jeffrey.Dintzer@alston.com>>
Sent: Tuesday, April 14, 2026 2:34 PM
To: Jack C Nick <Jack.Nick@doj.ca.gov<mailto:Jack.Nick@doj.ca.gov>>; Stanton, Garrett
<Garrett.Stanton@alston.com<mailto:Garrett.Stanton@alston.com>>; Rusek, Vickie
<Vickie.Rusek@alston.com<mailto:Vickie.Rusek@alston.com>>
Cc: Isabella Panicucci
<Isabella.Panicucci@doj.ca.gov<mailto:Isabella.Panicucci@doj.ca.gov>>; Brandon Walker
<Brandon.Walker@doj.ca.gov<mailto:Brandon.Walker@doj.ca.gov>>
Subject: RE: Pacific Pipeline v. State of California

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open
attachments that appear suspicious.

Jack, we will stipulate to setting aside the default. We are looking at new dates for our hearing
and will get back to you shortly. Do you agree that if he grants our motion to amend, it moots
your motion set for June 15 and gives the state a new time to file a new response? Please let us
know. Jeffrey.

From: Jack C Nick <Jack.Nick@doj.ca.gov<mailto:Jack.Nick@doj.ca.gov>>
Sent: Tuesday, April 14, 2026 1:26 PM
To: Dintzer, Jeffrey <Jeffrey.Dintzer@alston.com<mailto:Jeffrey.Dintzer@alston.com>>;
Stanton, Garrett <Garrett.Stanton@alston.com<mailto:Garrett.Stanton@alston.com>>;
Rusek, Vickie <Vickie.Rusek@alston.com<mailto:Vickie.Rusek@alston.com>>
Cc: Isabella Panicucci
<Isabella.Panicucci@doj.ca.gov<mailto:Isabella.Panicucci@doj.ca.gov>>; Brandon Walker
<Brandon.Walker@doj.ca.gov<mailto:Brandon.Walker@doj.ca.gov>>

Subject: Pacific Pipeline v. State of California

EXTERNAL SENDER - Proceed with caution

_____

Counsel,

I am writing to inquire about two matters.

First, as you know the Court rescheduled the hearing on your client's motion for leave to file a second amended complaint to May 18, 2026. I will be on vacation that week. Would you agree to a short continuance and if so, what dates work best for you?

Second, in light of your client's decision not to oppose our motion for relief from default and Judge Baker's comments at the recent hearing on the administrative motion, will you stipulate to set the default aside so the court need not review the papers and hold a hearing?

I look forward to your response.

Jack Nick

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable

laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

_____

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential

and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I electronically filed the foregoing **DECLARATION OF JEFFREY D. DINTZER IN SUPPORT OF PLAINTIFF PACIFIC PIPELINE COMPANY'S STATEMENT OF NON-OPPOSITION TO DEFENDANT STATE OF CALIFORNIA'S MOTION TO SET ASIDE DEFAULT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

I certify that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, 23rd day of April, 2026.

By: /s/ *Jeffrey D. Dintzer*
JEFFREY D. DINTZER
Attorney for Plaintiff
PACIFIC PIPELINE
COMPANY

3

DECLARATION OF JEFFREY D. DINTZER