Rob Bonta
Attorney General of California
Brandon S. Walker
Supervising Deputy Attorney General
Jack C. Nick, State Bar No. 160196
Isabella Panicucci, State Bar No. 318984
Deputy Attorneys General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6395
 Fax: (916) 327-2319
 E-mail:  jack.nick@doj.ca.gov
*Attorneys for Defendant,*
*State of California*

**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
jeffrey.dintzer@alston.com
GARRETT B. STANTON, SBN 324775
garrett.stanton@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone:   (213) 576-1000
Facsimile:   (213) 576-1100

Attorneys for Plaintiff
PACIFIC PIPELINE COMPANY

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Pipeline Company, A Delaware Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**State of California and DOES 1 through 25,**<br><br>Defendant. | **Case No. 26-cv-01486-KES-CDB**<br><br>(***Originally filed as Case No. BCV-25-103508***)<br><br>**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Date: May 19, 2026<br>Time: 9:00 A.M.<br>District Judge: Hon. Kirk E. Sherriff<br>Magistrate Judge: Hon. Christopher D. Baker |

1

Pursuant to Civil L.R. 143 and 144(a), Plaintiff Pacific Pipeline Company ("Plaintiff") and Defendant State of California ("Defendant") (collectively, the "Parties"), by and through their counsel of record, respectfully submit this Joint Stipulation and [Proposed] Order to Continue Initial Scheduling Conference set for May 19, 2026.

## **STIPULATION**

WHEREAS, Plaintiff filed a Complaint in this action on September 29, 2025, in the Superior Court of California, County of Kern;

WHEREAS, on December 5, 2025, Defendant filed a Motion to Transfer Venue to the Superior Court of California, County of Santa Barbara;

WHEREAS, on January 21, 2026, Plaintiff amended its Complaint;

WHEREAS, on February 3, 2026, the Superior Court of California, County of Kern denied Defendant's Motion to Transfer Venue to the Superior Court of California, County of Santa Barbara;

WHEREAS, on February 20, 2026, Defendant removed this action to the United States District Court for the Eastern District of California (ECF No. 1);

WHEREAS, on February 20, 2026, the Court issued an Order setting an Initial Scheduling Conference for May 19, 2026 (ECF No. 2);

WHEREAS, Plaintiff has filed a motion for leave to file a second amended complaint which is currently scheduled for hearing for May 18, 2026 with Magistrate Judge Christopher D. Baker. ECF Nos. 22, 24. Defendant has filed an

2

opposition to the motion. ECF No. 29;

WHEREAS, the Parties have stipulated to continue the hearing on Plaintiff's motion to file a second amended complaint to May 26, 2026, for which a separate Stipulation and proposed Order has been filed concurrently;

WHEREAS, Defendant has filed a motion to dismiss the first amended complaint which has been scheduled for hearing with Judge Kirk E. Sherriff for June 15, 2026. ECF No. 20. Plaintiff has filed an opposition. ECF No. 25;

WHEREAS, the outcome of Plaintiff's motion for leave to file a second amended complaint may affect Defendant's motion to dismiss the first amended complaint. It will also affect whether Defendant, or any potential new defendants, may submit a law and motion challenge to any or all parts of a second amended complaint, if authorized to be filed;

WHEREAS, one of the trial attorneys for Plaintiff and one of the trial attorneys for Defendant are not available to attend the Initial Scheduling Conference as currently scheduled for May 19, 2026;

WHEREAS, pursuant to the Court's Initial Scheduling Conference Order (ECF No. 2), the Parties must file a Joint Scheduling Report including a Rule 26(f) discovery plan one full week prior to the Scheduling Conference, i.e., by May 12, 2026;

WHEREAS, due to the uncertainty regarding the status of the pleadings, unavailability of counsel for the current date of the Scheduling Conference and the potential additional law and motion matters that may be reasonably anticipated

3

from any authorized additional pleadings, the Parties believe there is good cause to continue the Initial Scheduling Conference to a date by which the pleadings are reasonably certain to be settled. Specifically, the Parties propose the Initial Scheduling Conference to be rescheduled to any date, between July 20, 2026 and July 31, 2026, at the convenience of the Court;

WHEREAS, no prior requests for a continuation of the Initial Scheduling Conference have been made.

///

///

///

///

///

///

///

4

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that, pursuant to and upon entry of the attached Proposed Order, the Initial Scheduling Conference is to be set for a date between July 20, 2026 and July 31, 2026, at the convenience of the Court, and the deadline to file a Joint Scheduling Report is continued, commensurate with the continuance of the Initial Scheduling Conference, to be due seven (7) days before the continued hearing date of the Initial Scheduling Conference.

Dated:  April 29, 2026                      Respectfully submitted,

**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
GARRETT B. STANTON, SBN 324775

**PAUL HASTINGS LLP**
BENJAMIN J. HANELIN, SBN 237595
NATALIE C. ROGERS, SBN 301254


*/s/ Jeffrey Dintzer*

BY: JEFFREY DINTZER
*Attorneys for Plaintiff, Pacific Pipeline Company*


Dated:  April 29, 2026                      Respectfully submitted,

ROB BONTA
Attorney General of California
BRANDON S. WALKER
Supervising Deputy Attorney General
JACK C. NICK
Deputy Attorney General


*/s/ Isabella A. Panicucci*

BY: ISABELLA A. PANICUCCI
Deputy Attorney General
*Attorneys for Defendant, State of California*

# CERTIFICATE OF SERVICE

Case Name:    **Pacific Pipeline Company, A**          Case No.    **1:26-CV-01486-KES-CDB**
**Delaware Corporation v. State**
**of California**

I hereby certify that on <u>April 29, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 29, 2026</u>, at Sacramento, California.

Antinia Brown
Declarant

Signature

SA2025306665
39813784