ROB BONTA
Attorney General of California
BRANDON S. WALKER
Supervising Deputy Attorney General
JACK C. NICK, State Bar No. 160196
Isabella Panicucci, State Bar No. 318984
Deputy Attorneys General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6395
  Fax: (916) 327-2319
  E-mail:  jack.nick@doj.ca.gov
*Attorneys for Defendant,*
*State of California*

**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
jeffrey.dintzer@alston.com
GARRETT B. STANTON, SBN 324775
garrett.stanton@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100

Attorneys for Plaintiff
PACIFIC PIPELINE COMPANY

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Pipeline Company, A Delaware Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**State of California and DOES 1 through 25,**<br><br>Defendant. | **Case No. 26-cv-01486-KES-CDB**<br><br>(***Originally filed as Case No. BCV-25-103508***)<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT** |

1

Pursuant to Civil L.R. 143, Plaintiff Pacific Pipeline Company ("Plaintiff") and Defendant State of California ("Defendant") (collectively, the "Parties"), by and through their counsel of record, respectfully submit this Joint Stipulation and [Proposed] Order to Set Aside Default.

## STIPULATION

WHEREAS, on March 17, 2026, Plaintiff filed its Request for Entry of Default pursuant to Federal Rule of Civil Procedure 55(a), as "[t]he applicable time limit for the Defendant to appear or otherwise respond to this action expired on February 27, 2026, and Defendant has filed no responsive pleading or motion." ECF Nos. 9 and 9-1.

WHEREAS, on March 18, 2026, default was entered as to Defendant. ECF No. 12.

WHEREAS, on March 25, 2026, Defendant filed a Motion to Set Aside Default, currently scheduled for hearing on May 6, 2026. ECF Nos. 17, 17-1, 17-2, and 17-3.

WHEREAS, on April 23, 2026, Plaintiff filed its Statement of Non-Opposition to Defendant's Motion to Set Aside Default. ECF Nos. 28 and 28-1.

/ / /

/ / /

/ / /

/ / /

/ / /

2

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel, that, pursuant to and upon entry of the attached Proposed Order, the default entered by the court clerk on March 18, 2026 as against Defendant (ECF No. 12) will be set aside; that Defendant's Motion to Dismiss the First Amended Complaint, filed on March 30, 2026, shall be deemed its responsive pleading; and that the hearing on Defendant's Motion to Set Aside Default, scheduled for May 6, 2026, is vacated.

Dated: April 29, 2026                    Respectfully submitted,

                                         **ALSTON & BIRD LLP**
                                         JEFFREY D. DINTZER, SBN 139056
                                         GARRETT B. STANTON, SBN 324775

                                         **PAUL HASTINGS LLP**
                                         BENJAMIN J. HANELIN, SBN 237595
                                         NATALIE C. ROGERS, SBN 301254


                                         */s/ Jeffrey Dintzer*

                                         BY: JEFFREY DINTZER
                                         *Attorneys for Plaintiff, Pacific Pipeline Company*


Dated:  April 29, 2026                   Respectfully submitted,

                                         ROB BONTA
                                         Attorney General of California
                                         BRANDON S. WALKER
                                         Supervising Deputy Attorney General
                                         JACK C. NICK
                                         Deputy Attorney General


                                         */s/ Isabella A. Panicucci*

                                         BY: ISABELLA A. PANICUCCI
                                         Deputy Attorney General
                                         *Attorneys for Defendant, State of California*

3

# CERTIFICATE OF SERVICE

Case Name:   **Pacific Pipeline Company, A**            Case No.   **1:26-CV-01486-KES-CDB**
**Delaware Corporation v. State**
**of California**

I hereby certify that on <u>April 29, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO SET ASIDE DEFAULT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 29, 2026</u>, at Sacramento, California.

Antinia Brown
Declarant

Signature

SA2025306665
39813938