ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
MATTHEW BULLOCK (SBN 243377)
MICHAEL S. DORSI (SBN 281865)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3802
  Fax: (415) 703-5480
  E-mail: Michael.Dorsi@doj.ca.gov
*Attorneys for Defendants*
*California Department of Forestry and*
*Fire Protection, Office of the State Fire*
*Marshal, and Daniel Berlant, in his official*
*capacity as State Fire Marshal*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PACIFIC PIPELINE COMPANY, a Delaware Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, a state government; CALIFORNIA COASTAL COMMISSION, a state agency; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, a state agency; OFFICE OF THE STATE FIRE MARSHAL, a state agency; DANIEL BERLANT, in his official capacity as State Fire Marshal and DOES 1 through 25, inclusive,**<br><br>Defendants. | 1:26-CV-01486-KES-CDB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, OFFICE OF THE STATE FIRE MARSHAL, AND DANIEL BERLANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:          September 21, 2026<br>Time:          1:30 p.m.<br>Courtroom:  6 [7th Floor]<br>Judge:        The Honorable Kirk E. Sherriff<br><br>Trial Date:    None Set<br>Action Filed:  September 29, 2025 |

## [PROPOSED] ORDER

Defendants California Department of Forestry and Fire Protection, Office of the State Fire Marshal, and Daniel Berlant, in his official capacity as State Fire Marshal (collectively, the "Fire Marshal Defendants"), moved to dismiss the Second Amended Complaint ("SAC") filed by Plaintiff Pacific Pipeline Company ("Plaintiff"). The Fire Marshal Defendants advanced several arguments, notably that this Court lacks subject matter jurisdiction over because, as to the Fire Marshal Defendants, the case is not ripe for adjudication. *See Thomas v. Anchorage Equal Rights Comm'n*, 220 F.3d 1134, 1138 (9th Cir. 2000). The Fire Marshal Defendants contend that they have not threatened enforcement and there is no history of enforcement of SB 237, and, as a result, this pre-enforcement challenge is not ripe. Having considered the arguments and evidence in support of and in opposition to this argument, the Court concludes that this argument is meritorious. The facts surrounding these issues are clearly established by the pleadings and documents subject to judicial notice. Because ripeness is a requirement for standing under Article III of the U.S Constitution, and the Court concludes that it lacks jurisdiction, the Court do es not reach or address any other issues. Accordingly, the Fire Marshal Defendants' Motion to Dismiss is granted without leave to amend.

IT IS SO ORDERED.

Dated: _____ _____, 2026

_____
HON. KIRK E. SHERRIFF
JUDGE OF UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1