ROB BONTA
Attorney General of California
BRANDON S. WALKER, State Bar No. 254581
Supervising Deputy Attorney General
ROXANNE J. CARTER, State Bar No. 259441
Deputy Attorneys General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 321-5627
 Fax: (916) 732-7920
 E-mail: Roxy.Carter@doj.ca.gov
*Attorneys for Defendant*
*California Coastal Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PACIFIC PIPELINE COMPANY, A Delaware Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, a state government; CALIFORNIA COASTAL COMMISSION, a state agency; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, a state agency; OFFICE OF THE STATE FIRE MARSHAL, a state agency; DANIEL BERLANT, in his official capacity as State Fire Marshal and DOES 1 through 25, inclusive,**<br><br>Defendants. | 1:26-CV-01486-KES-CDB<br><br>**[PROPOSED] ORDER GRANTING CALIFORNIA COASTAL COMMISSION'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:       September 21, 2026<br>Time:       1:30 p.m.<br>Courtroom:  6 [7th Floor]<br>Judge:      The Honorable Kirk E. Sherriff<br>Trial Date: None Set<br>Action Filed: September 29, 2025 |

**[PROPOSED] ORDER**

Defendant California Coastal Commission ("Commission") moved to dismiss the Second Amended Complaint ("SAC") filed by Plaintiff Pacific Pipeline Company ("Plaintiff"). The Commission's Eleventh Amendment immunity prevents the Court from exercising jurisdiction over the claims against the Commission. *Krainski v. Nevada ex rel. Bd. of Regents of Nevada Sys. of Higher Educ.*, 616 F.3d 963, 967 (9th Cir. 2010). Plaintiff's First Amended Complaint was

1

removed by Attorney General Bonta in his independent capacity before the Commission was a party to the case and without the Commission's consent. Accordingly, the Attorney General's removal of the matter did not waive the Commission's immunity because the two are separate arms of the State and Attorney General Bonta did not have the authority to waive the Commission's immunity at the time of removal. *People ex rel Lockyer v. Superior Court*, 122 Cal. App. 4th 1060, 1078-79. Because the Commission enjoys immunity and this court lacks jurisdiction over the claims against the Commission, the Court does not reach or address any other issues. Accordingly, the California Coastal Commission's Motion to Dismiss is granted without leave to amend.

IT IS SO ORDERED.

Dated: _____ _____, 2026

_____
HON. KIRK E. SHERRIFF
JUDGE OF UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA