# CERTIFICATE OF SERVICE

Case Name:  **Pacific Pipeline Company, A**    No.   **1:26-CV-01486-KES-CDB**
**Delaware Corporation v. State**
**of California**

I hereby certify that on <u>August 3, 2026,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- DEFENDANT CALIFORNIA COASTAL COMMISSION'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT

- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CALIFORNIA COASTAL COMMISSION'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

- REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CALIFORNIA COASTAL COMMISSION'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

- [PROPOSED] ORDER GRANTING CALIFORNIA COASTAL COMMISSION'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 3, 2026</u>, at San Diego, California.

<table>
<tr><td>M. Goolsby</td><td>/s/ M. Goolsby</td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2025306665
85833229.docx