# United States District Court
# Eastern District of California

Pacific Pipeline Company

Plaintiff(s)

V.

State of California et al.

Defendant(s)

Case Number: 1:26-cv-01486-KES-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nicholas McDaniel hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Pacific Pipeline Company.

On 06/02/2025 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/08/2026

Signature of Applicant: /s/ Nicholas McDaniel

**Pro Hac Vice Attorney**

Applicant's Name: Nicholas McDaniel

Law Firm Name: Babst, Calland, Clements, and Zomnir P.C.

Address: 505 9th St. NW

Suite 602

City: Washington State: DC Zip: 20004

Phone Number w/Area Code: (202) 430-3880

City and State of Residence: Bowie, Maryland

Primary E-mail Address: nmcdaniel@babstcalland.com

Secondary E-mail Address: tross@babstcalland.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jessica S. Bina

Law Firm Name: Latham & Watkins LLP

Address: 10250 Constellation Blvd.

Suite 1100

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: (424) 653-5525 Bar # 248485

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: Sept. 15, 2026

U.S. Magistrate Judge Christopher D. Baker