ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
MATTHEW BULLOCK (SBN 243377)
MICHAEL S. DORSI (SBN 281865)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3802
Fax: (415) 703-5480
E-mail: Michael.Dorsi@doj.ca.gov
*Attorneys for Defendants California Department of Forestry and Fire Protection, Office of the State Fire Marshal, an agency of the State of California, and Daniel Berlant, in his official capacity as State Fire Marshal*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PACIFIC PIPELINE COMPANY, a Delaware Corporation,**<br><br>Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, a state government; CALIFORNIA COASTAL COMMISSION, a state agency; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, a state agency; OFFICE OF THE STATE FIRE MARSHAL, a state agency; DANIEL BERLANT, in his official capacity as State Fire Marshal and DOES 1 through 25, inclusive,**<br><br>Defendants. | 1:26-CV-01486-KES-CDB<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO TRANSFER VENUE BY PLAINTIFF PACIFIC PIPELINE COMPANY**<br><br>Date: November 2, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6 [7th Floor]<br>Judge: The Honorable Kirk E. Sherriff<br><br>Trial Date: None Set<br>Action Filed: September 29, 2025 |

## STIPULATION

Counsel for Plaintiff Pacific Pipeline Company, counsel for defendant State of California, counsel for defendants California Department of Forestry and Fire Protection, Office of the State Fire Marshal, and Daniel Berlant, in his official capacity as State Fire Marshal (collectively, the "Fire Marshal Defendants"), and counsel for defendant California Coastal Commission conferred concerning the timing for filing briefs in opposition and reply re: the Motion to Transfer Venue.

The ordinary briefing schedule in this District requires oppositions no later than 14 days after a motion is filed and replies no later than ten days after an opposition is filed. Pacific Pipeline's Motion is set for hearing on November 2, 2026. Given the Parties and their attorneys' schedules, the Parties agreed to an alternative briefing schedule that modifies the time to prepare their briefs. Accordingly, the Parties propose the following schedule:

- Pacific Pipeline's Motion filed: Monday, September 14, 2026 (completed)
- Defendants to file Opposition briefs:[1] Friday, October 2, 2026
- Pacific Pipeline to file Reply brief(s):[2] Friday, October 9, 2026
- Hearings scheduled for: Monday, November 2, 2026

A change to the schedule requires an order of the Court. Accordingly, the Parties respectfully request that the Court sign the attached Proposed Order adopting this briefing schedule.

[1] Plaintiff Pacific Pipeline agrees that Defendants may file three separate briefs—one on behalf of the State of California, one on behalf of the Coastal Commission, and one on behalf of the Fire Marshal Defendants—but Defendants agree that no one brief shall exceed 10 pages.

[2] If Plaintiff Pacific Pipeline elects to file separate Reply briefs, it agrees that no one Reply brief shall exceed 10 pages.

Dated: September 23, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

<u>*/s/ Michael S. Dorsi*</u>
MICHAEL DORSI
Deputy Attorney General
*Attorneys for Defendants California Department of Forestry and Fire Protection, Office of the State Fire Marshal, an agency of the State of California and Daniel Berlant, in his official capacity as State Fire Marshal*

Dated: September 23, 2026

BRANDON WALKER
Supervising Deputy Attorney General

<u>*/s/ Roxy Carter*</u>
ROXY CARTER
Deputy Attorney General
*Attorneys for Defendant California Coastal Commission*

Dated: September 23, 2026

BRANDON WALKER
SUPERVISING DEPUTY ATTORNEY GENERAL

<u>*/s/ Jack C. Nick*</u>
JACK C. NICK
Deputy Attorney General
*Attorneys for Defendant State of California*

Dated: September 23, 2026

BABST CALLAND LLP

<u>*/s/ Nicholas McDaniel*</u>
NICHOLAS MCDANIEL
*Attorneys for Plaintiff Pacific Pipeline Company*

As the attorney responsible for electronically filing this document, I attest that on September 23, 2026, the other attorneys listed on this page authorized me to affix their electronic signatures to this Stipulation. <u>*/s/ Michael S. Dorsi.*</u>

**ORDER**

The Parties presented the Court with a stipulated briefing schedule for the pending Motion to Transfer Venue. Their proposal is mutually acceptable to all Parties and preserves more than the required minimum time for the Court. The Parties having shown good cause and having agreed, with no party nor the Court having time shortened, the Court GRANTS the stipulated request to adjust the briefing schedule. The new schedule for all future dates is:

- Pacific Pipeline's Motion filed: Monday, September 14, 2026 (completed)
- Defendants to file Opposition briefs: Friday, October 2, 2026
- Pacific Pipeline to file Reply brief(s): Friday, October 9, 2026
- Hearings scheduled for: Monday, November 2, 2026

This Order does not modify any other rights or procedures beyond the changed dates stated herein.

IT IS SO ORDERED.

Dated: September 25, 2026

UNITED STATES DISTRICT JUDGE