ROB BONTA, State Bar No. 202668
Attorney General of California
BRANDON WALKER, State Bar No. 254581
Supervising Deputy Attorney General
JACK C. NICK, State Bar No. 160196
ELISE K. STOKES, State Bar No. 288211
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-6201
Fax: (916) 327-2319
E-mail: Elise.Stokes@doj.ca.gov
*Attorneys for Defendant State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PACIFIC PIPELINE COMPANY, A Delaware Corporation,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, a state government; CALIFORNIA COASTAL COMMISSION, a state agency; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, a state agency; OFFICE OF THE STATE FIRE MARSHAL, a state agency; DANIEL BERLANT, in his official capacity as State Fire Marshal and DOES 1 through 25,**<br>Defendant. | 1:26-cv-01486-KES-CDB<br>**DEFENDANTS' OBJECTION TO UNITED STATES' STATEMENT OF INTEREST IN PLAINTIFF'S MOTION TO TRANSFER VENUE**<br>Date: November 2, 2026<br>Time: 1:30 pm<br>Courtroom: 6<br>Judge: The Honorable Kirk E. Sherriff |

Defendants State of California, California Coastal Commission, California Department of Forestry and Fire Protection, Office of the State Fire Marshal, and Daniel Berlant in his official capacity as State Fire Marshal (collectively, "Defendants") object to the United States' filing of its Statement of Interest on October 8, 2026 (ECF 77) because it is untimely and evinces forum shopping.

///

The United States's Statement of Interest supports Pacific Pipeline Company's Motion, (the "Motion"), but the United States waited until after the date for Defendants to oppose the Motion to file the Statement. This, in effect, results in two reply briefs—one by Pacific Pipeline Company and one by the United States—and there is no procedure available under this Court's rules for Defendants to respond, in writing, to the United States's Statement. The ordinary practice for a non-party to file a brief is to file at or shortly after the filing of the initial brief by the party that the third party wishes to support. *See, e.g.*, Fed. R. App. P. 29(a)(6) (amicus briefs in courts of appeals to be filed "no later than 7 days after the principal brief of the party being supported is filed"). The Court should disregard the United States's Statement because it is untimely.

In the alternative, the Court should grant leave for Defendants to respond to the United States's Statement and set a schedule for such a response. The limited issues before this Court about Senate Bill 237 are not the same as those before Judge Wilson. Despite this, the United States asks this Court to transfer this case to another venue where the United States believes Pacific Pipeline Company—and by extension the United States—will receive more favorable treatment.[1] Thus, the United States's Statement of Interest provides further evidence that forum-shopping was the motivation for Plaintiff's Motion. If the Court is inclined to consider the United States's Statement of Interest, the Court should first grant leave for Defendants to file a response.

Dated: October 15, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

<u>*/s/ Elise K. Stokes*</u>
ELISE K. STOKES
Deputy Attorney General
*Attorneys for Defendant*
*State of California*

[1] For example, the United States says that it has a "strong interest in ensuring Sable can carry out the [Energy] Secretary's national security directive without conflicting obligations under state law," SOI at 1:17-18, without explaining how this interest is furthered by having the case transferred to the Central District, other than by its belief Plaintiff will receive more favorable treatment in such forum.

As attorneys for co-defendants California Coastal Commission, California Department of Forestry and Fire Protection, Office of the State Fire Marshal, and Daniel Berlant in his official capacity as State Fire Marshal, we concur in the filing of this Objection.

/s/ Michael S. Dorsi
MICHAEL S. DORSI
Deputy Attorney General
*Attorney for Fire Marshal Defendants*

/s/ Roxy Carter
ROXY CARTER
Deputy Attorney General
*Attorney for Defendant California Coastal Commission*

SA2025306665

# CERTIFICATE OF SERVICE

Case Name: **Pacific Pipeline Company, A Delaware Corporation v. State of California**
Case No. **1:26-cv-01486-KES-CDB**

I hereby certify that on October 15, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OBJECTION TO UNITED STATES' STATEMENT OF INTEREST IN PLAINTIFF'S MOTION TO TRANSFER VENUE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 15, 2026, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Garrett B. Stanton
Alston & Bird LLP
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 15, 2026, at Los Angeles, California.

| Michelle Chasman | *Michelle Chasman* |
|---|---|
| Declarant | Signature |

SA2025306665
68801953.docx